B1 (Official Form 1)(4/10)

| UNITED STATES BANKRUPTCY COURT<br>Central District of California | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SKYLIMIT APPAREL, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba ICE VANILLA** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**76-0702620** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**2850 E. VERNON AVENUE**<br>**VERNON, CA**<br>ZIP CODE **90058** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**LOS ANGELES** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**2533-2535 E. 28TH STREET VERNON, CA**<br>ZIP CODE **90058** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☒ Chapter 11        Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                          Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization<br>under  Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer      ☒ Debts are primarily<br>debts, defined in 11 U.S.C.          business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only).  Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments.  Rule 1006(b).  See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must<br>attach signed application for the court's consideration.  See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment<br>on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | SKYLIMIT APPAREL, INC. dba ICE VANILLA |
|---|---|
| *(This page must be completed and filed in every case.)* | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**Annabelle Jihyun Lee** | Case Number:<br>**2:10-bk-47739-TD** | Date Filed:<br>**09/03/2010** |
| District:<br>**Central District of California** | Relationship:<br>**Principal and shareholder** | Judge:<br>**Thomas B. Donovan** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br> Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | **SKYLIMIT APPAREL, INC. dba ICE VANILLA** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>Signature of Debtor | X _____<br>(Signature of Foreign Representative) |
| X _____<br>Signature of Joint Debtor | |
| _____<br>Telephone Number (if not represented by attorney) | _____<br>(Printed Name of Foreign Representative) |
| _____<br>Date | _____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X  **/s/ Leonard M. Shulman**<br>Signature of Attorney for Debtor(s)<br>**Leonard M. Shulman - Bar No. 126349**<br>Printed Name of Attorney for Debtor(s)<br>**Shulman Hodges & Bastian LLP**<br>Firm Name<br>**26632 Towne Centre Drive, Suite 300**<br>**Foothill Ranch, CA 92610-2808**<br>Address<br>**949-340-3400**<br>Telephone Number<br>**09/15/2010**<br>Date | I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | _____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. | _____<br>Address<br>X _____ |
| X  **/s/ Steve Yi**<br>Signature of Authorized Individual<br>**Steve Yi**<br>Printed Name of Authorized Individual<br>**Secretary**<br>Title of Authorized Individual<br>**09/15/2010**<br>Date | _____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman - Bar No. 126349<br>Shulman Hodges & Bastian LLP<br>26632 Town Centre Drive, Suite 300, Foothill Ranch, CA 92610<br>Tel: 949-340-3400; Fax: 949-340-3000<br>☒ *Attorney for:* Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: SKYLIMIT APPAREL, INC. dba ICE VANILLA, | CASE NO.: |
|---|---|
| | CHAPTER: 11 |
| Debtor(s). | ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

| | | |
|---|---|---|
| ☒ | Petition, statement of affairs, schedules or lists | Date Filed: 9/16/10 |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☐ | Other: _____ | Date Filed: _____ |

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____        September 16, 2010
*Signature of Authorized Signatory of Filing Party*        Date

Steve Yi
_____
*Printed Name of Authorized Signatory of Filing Party*

Secretary of Debtor
_____
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____        September 16, 2010
*Signature of Attorney for Filing Party*        Date

Shulman Hodges & Bastian LLP: Leonard M. Shulman
_____
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

## EXHIBIT "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No. |
|---|---|
| **SKYLIMIT APPAREL, INC. dba ICE VANILLA,** | Chapter 11 |
| Debtor. | |

### Exhibit "A" to Voluntary Petition - NOT APPLICABLE

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2.  The following financial data is the latest available information and refers to the debtor's condition on _____.

    a.    Total assets    $_____

    b.    Total debts (including debts listed in 2.c., below)    $_____

    c.    Debt securities held by more than 500 holders.

Approximate
Number of
Holders

    ❏ secured   ❏ unsecured   ❏ subordinated   $_____

    ❏ secured   ❏ unsecured   ❏ subordinated   $_____

    ❏ secured   ❏ unsecured   ❏ subordinated   $_____

    ❏ secured   ❏ unsecured   ❏ subordinated   $_____

    d.    Number of shares of preferred stock    _____

    e.    Number of shares common stock    _____

    Comments, if any:

    _____

    _____

3.  Brief description of debtor's business:

    _____

4.  List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

    _____

**Skylimit Apparel, Inc.,**
a California Corporation

## CORPORATE RESOLUTION

This is to certify that at a meeting of the Board of Directors of Skylimit Apparel, Inc., held on August 20, 2010, the following resolution was duly adopted:

**WHEREAS,** this Corporation is unable to pay its debts as said debts mature;

**NOW, THEREFORE, BE IT RESOLVED,** that the officers of this Corporation be, and they hereby are authorized and directed on behalf of this Corporation to prepare, file and execute the Corporation's Petition for Bankruptcy provided in Chapter 11 of the Bankruptcy Code and all of the necessary papers in connection therewith, in the United States Bankruptcy Court, Central District of California, Los Angeles Division, and further to such end, to do any other acts, execute all necessary documents, and take any other steps in the name and in behalf of the Corporation necessary or appropriate to obtaining such relief; and the officers are further authorized to retain as counsel for the Corporation in said proceeding, the law firm of Shulman Hodges & Bastian LLP.

**SAID RESOLUTION** is still in full force and effect.

Dated: August 20, 2010                Skylimit Apparel, Inc.

By: _____
    Annabel Lee
    Chief Executive Oficer

By: _____
    Steve Yi
    Secretary

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman, Esq. - Bar No. 126349<br>SHULMAN HODGES & BASTIAN LLP<br>26632 Towne Centre Drive, Suite 300<br>Foothill Ranch, CA  92610<br>Tel: (949) 340-3400/Fax:  (949) 340-3000<br>☑ *Attorney for:*  Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: SKYLIMIT APPAREL, INC. dba ICE VANILLA,<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER: 11 |
|---|---|

# Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, _Steve Yi_____, the undersigned in the above-captioned case, hereby declare
(*Print Name of Attorney or Declarant*)

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

    ☑  I am the president or other officer or an authorized agent of the debtor corporation

    ☐  I am a party to an adversary proceeding

    ☐  I am a party to a contested matter

    ☐  I am the attorney for the debtor corporation

2. a.  ☑  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
      class of the corporation's(s') equity interests:

      *[For additional names, attach an addendum to this form.]*

      Steve Yi (Secretary) - 60% shares
      Annabelle Lee (President) - 40% shares

   b.  ☐  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

/s/ Steve Yi
_____    _9/15/10_____
Signature of Attorney or Declarant    Date

Steve Yi, Secretary of Debtor
_____
Printed Name of Attorney or Declarant

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re | Case No. |
|---|---|
| **SKYLIMIT APPAREL, INC. dba ICE VANILLA,** | Chapter 11 |
| Debtor. | |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m)..

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Cha Cha Fabric<br>3480 S Broadway<br>Los Angeles, CA 90007 | Cha Cha Fabric<br>3480 S Broadway<br>Los Angeles, CA 90007<br><br>Tel:    323-234-4400<br>Fax:    323-234-4422 | Trade debt | | $363,952.65 |
| PJ Fabrics Inc<br>PO Box 556614<br>Los Angeles, CA 90055 | PJ Fabrics Inc<br>PO Box 556614<br>Los Angeles, CA 90055<br><br>Tel:    213-804-7326<br>Fax:    213-623-5105 | Trade debt | | $226,813.54 |
| Circle Textile<br>1220 S Maple Avenue #303<br>Los Angeles, CA 90015 | Circle Textile<br>1220 S Maple Avenue #303<br>Los Angeles, CA 90015<br><br>Tel:    213-745-4787<br>Fax:    213-745-4585 | Trade debt | | $103,410.60 |
| Fabconx<br>3131 S Alameda Street<br>Los Angeles, CA 90058 | Fabconx<br>3131 S Alameda Street<br>Los Angeles, CA 90058<br><br>Tel:    323-235-0909<br>Fax:    323-235-6797 | Trade debt | | $84,003.60 |
| Up Date Fabric<br>1400 Newton Street<br>Los Angeles, CA 90021 | Up Date Fabric<br>1400 Newton Street<br>Los Angeles, CA 90021<br><br>Tel:    213-746-9814<br>Fax:    213-746-9815 | Trade debt | | $73,747.74 |
| L2G Trim<br>1429 E 15th Street<br>Los Angeles, CA 90021 | L2G Trim<br>1429 E 15th Street<br>Los Angeles, CA 90021<br><br>Tel:    213-746-0213<br>Fax:    213-746-0214 | Trade debt | | $54,052.50 |

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| My Trim Inc<br>1920 Violet Street #200<br>Los Angeles, CA  90021 | My Trim Inc<br>1920 Violet Street #200<br>Los Angeles, CA  90021<br><br>Tel:      213-488-3445<br>Fax:     213-488-3459 | Trade debt | | $49,791.15 |
| Sam Tex Fabrics Inc<br>1418 E 18th Street<br>Los Angeles, CA  90058 | Sam Tex Fabrics Inc<br>1418 E 18th Street<br>Los Angeles, CA  90058<br><br>Tel:      213-742-0200<br>Fax:     213-742-0220 | Trade debt | | $33,674.91 |
| Rainbow Sublimation Inc<br>5877 Compton Avenue<br>Los Angeles, CA  90001 | Rainbow Sublimation Inc<br>5877 Compton Avenue<br>Los Angeles, CA  90001<br><br>Tel:      323-587-5555<br>Fax:     323-587-5557 | Trade debt | | $30,392.40 |
| Hyun<br>3316 Main Street 3rd Floor B<br>Los Angeles, CA  90007 | Hyun<br>3316 Main Street 3rd Floor B<br>Los Angeles, CA  90007<br><br>Tel:      Unknown<br>Fax:     323-234-0063 | Trade debt | | $27,672.60 |
| Moussa Peykar and George Peykar<br>Hong & Mashal LLP<br>1875 Century Park East #600<br>Los Angeles, CA  90067-2507 | Moussa Peykar and George Peykar<br>Hong & Mashal LLP<br>1875 Century Park East #600<br>Los Angeles, CA  90067-2507<br><br>Tel:      310-286-2000<br>Fax:     310-286-2525 | Lease obligation for 1230 S. San Pedro, Los Angeles, CA | | $26,573.00 |
| Hill<br>2300 S Hill St<br>Los Angeles, CA  90007 | Hill<br>2300 S Hill St<br>Los Angeles, CA  90007<br><br>Tel:      626-808-7659<br>Fax:     213-748-5982 | Trade debt | | $18,292.10 |
| Joon<br>NO ADDRESS AVAILABLE | Joon<br>NO ADDRESS AVAILABLE<br><br>Tel:      Unknown<br>Fax:     Unknown | | | $12,658.00 |
| CFT United Inc<br>722 E 62nd Street<br>Los Angeles, CA  90001 | CFT United Inc<br>722 E 62nd Street<br>Los Angeles, CA  90001<br><br>Tel:      323-231-4911<br>Fax:     Unknown | Trade debt | | $11,674.80 |

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Styletex<br>940 S Hill Street Suite E<br>Los Angeles, CA  90015 | Styletex<br>940 S Hill Street Suite E<br>Los Angeles, CA  90015<br><br>Tel:      213-891-9030<br>Fax:     213-891-9699 | Trade debt | | $11,124.00 |
| Sky USA<br>208 W 8th Street #1201<br>Los Angeles, CA  90014 | Sky USA<br>208 W 8th Street #1201<br>Los Angeles, CA  90014<br><br>Tel:      213-689-0082<br>Fax:     Unknown | Trade debt | | $10,711.30 |
| Callaway Fashion<br>122 E 12th Street<br>Los Angeles, CA  90014 | Callaway Fashion<br>122 E 12th Street<br>Los Angeles, CA  90014<br><br>Tel:      213-255-8876<br>Fax:     Unknown | Trade debt | | $10,407.05 |
| Integrated Textile & Design Inc<br>1615 S Grand Avenue<br>Los Angeles, CA  90015 | Integrated Textile & Design Inc<br>1615 S Grand Avenue<br>Los Angeles, CA  90015<br><br>Tel:      213-944-8333<br>Fax:     213-741-1985 | Trade debt | | $9,720.20 |
| Tyme Apparel<br>1727 W Pico Blvd<br>Los Angeles, CA  90015 | Tyme Apparel<br>1727 W Pico Blvd<br>Los Angeles, CA  90015<br><br>Tel:      213-387-1672<br>Fax:     213-387-1673 | Trade debt | | $8,811.20 |
| Speedy Trim<br>3716 S Main Street<br>Los Angeles, CA  90007 | Speedy Trim<br>3716 S Main Street<br>Los Angeles, CA  90007<br><br>Tel:      323-232-0888<br>Fax:     323-232-3888 | Trade debt | | $8,743.22 |

I,  **Steve Yi, Secretary of Skylimit Apparel, Inc. dba Ice Vanilla** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS** and that it is true and correct to the best of my information and belief.

**SKYLIMIT APPAREL, INC. dba ICE VANILLA**

Dated:  **September 14, 2010**

By:     _/S/ Steve Yi_
_____
**Steve Yi**
**Secretary**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No. |
|---|---|
| **SKYLIMIT APPAREL, INC. dba ICE VANILLA,** | Chapter **11** |
| Debtor. | |

## LIST OF ALL EQUITY HOLDERS

| Name and Address | Nature of Interest | Percentage of Interest |
|---|---|---|
| **Annabelle Lee**<br>**4273 Hampstead Road**<br>**La Canada, CA  91011** | **President** | **40%** |
| **Steve Yi**<br>**2850 E. Vernon Avenue**<br>**Vernon, CA  90058** | **Secretary** | **60%** |

I declare under the penalty of perjury under the laws of the State of California that the foregoing list is true and correct to the best of my knowledge, information and belief.

Executed at Los Angeles, California.

Dated:  **September 14, 2010**          **SKYLIMIT APPAREL, INC. dba ICE VANILLA**

By:    */s/ Steve Yi*
       _____
       **Steve Yi**
       **Secretary**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re | Case No. |
|---|---|
| **SKYLIMIT APPAREL, INC. dba ICE VANILLA,** | Chapter **11** |
| Debtor. | |

## VENUE DISCLOSURE FORM FOR CORPORATIONS FILING CHAPTER 11
### (Required By General Order 97-02)

1.  Specify the address of the principal offices of the Debtor currently on file with the California Secretary State (from S0100, S0200 OR S0300):

    **1230 S. San Pedro Street, Los Angeles, CA  90015**

2.  Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

    **1230 S. San Pedro Street, Los Angeles, CA  90015**

3.  Disclose the current business address(es) for all corporate officers:

    **Steve Yi, Secretary: 2850 E. Vernon Avenue, Vernon, CA  90058**
    **Annabelle Lee, President:  4273 Hampstead Road, La Canada, CA  91011**

4.  Disclose the current business address(es) where the Debtor's books and records are located:

    **2850 E. Vernon Avenue, Vernon, CA  90058**
    **3480 S. Broadway, Los Angeles, CA**

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

    **2533-2535 E. 28th Street, Vernon, CA  90058**

6.  Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

    **N/A**

7.  State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (specify):

    **Steve Yi, Secretary**

8.  Total number of attached pages of supporting documentation:  **0**

9.  I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  **September 14, 2010**          **SKYLIMIT APPAREL, INC. dba ICE VANILLA**

                                        By:    */s/ Steve Yi*
                                               _____

                                               **Steve Yi**
                                               **Secretary**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re | Case No. |
|---|---|
| **SKYLIMIT APPAREL, INC. dba ICE VANILLA,** | Chapter **11** |
| Debtor. | |

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LOCAL RULE 1015-2**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     **None**

2.  (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     **None**

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     **Chapter 7 voluntary petition filed on September 3, 2010 by Abraham Y. Lee and Annabelle J. Lee, in the Central District of California, Case No. 2:10-bk-47739-TD.  Annabelle J. Lee is the president and 40% shareholder of the Debtor.**

4.  (If petitioner is an individual)  A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     **None**

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Los Angeles, California.

Dated:  **September 14, 2010**                     **SKYLIMIT APPAREL, INC. dba ICE VANILLA**

                                        */s/ Steve Yi*
                               By: _____

                                        **Steve Yi**
                                        **Secretary**

1  Leonard M. Shulman – Bar No. 126349
   Robert E. Huttenhoff – Bar No. 214447
2  **SHULMAN HODGES & BASTIAN LLP**
   26632 Towne Centre Drive, Suite 300
3  Foothill Ranch, California 92610-2808
   Telephone:     (949) 340-3400
4  Facsimile:      (949) 340-3000
   Email:          lshulman@shbllp.com
5                  rhuttenhoff@shbllp.com

6  Proposed General Counsel for Skylimit Apparel, Inc. dba Vanilla Ice,
   the Debtor and Debtor in Possession

7

8              **UNITED STATES BANKRUPTCY COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

10

| 11 | In re | Case No. |
|----|-------|----------|
| 12 | **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** | Chapter  11 |
| 13 | Debtor. | **DEBTOR IN POSSESSION'S:** |
| 14 | | **1)  SCHEDULES OF ASSETS AND LIABILITIES; AND** |
| 15 | | |
| 16 | | **2)  STATEMENT OF FINANCIAL AFFAIRS** |
| 17 | | [No Hearing Set] |

18

19          **NOTES TO THE SCHEDULES OF ASSETS AND LIABILITIES
              AND STATEMENT OF FINANCIAL AFFAIRS**

20       Skylimit Apparel, Inc. dba Vanilla Ice ("Debtor") hereby submits the attached Schedules
   of Assets and Liabilities ("Schedules") and Statement of Financial Affairs ("SOFA").  Debtor is
21 a California corporation incorporated in December 2003 and engaged in manufacturing women's
   wear and garment.  The corporate structure of the Debtor is as follows:
22

| Name | Title | Nature and Percentage of Ownership |
|------|-------|-----------------------------------|
| Steve Yi | Secretary | 60% shareholder |
| Annabelle Lee | President | 40% shareholder |

25

26 Steve Yi has over 15 years experience as an owner of textile manufacturing and was a silent
   investor in the Debtor.  Annabelle Lee has over 12 years experience as a fashion designer and
27 managed the day-to-day operations of the Debtor.

28       The Debtor maintained two facilities: one at 1230 South San Pedro Street, Los Angeles,
   CA as a showroom (wholesale) and 2533-2535 E. 28th Street, Vernon, CA as a warehouse and
   factory.  The 28th Street facility was used for design, pattern and cutting of the garment.  The

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

1

G:\Wp\Cases\S-T\Skylimit Apparel, Inc\Petition\Petition Schedules Notes.doc
7777-000(SKYLIMIT)\EXP. 56

finishing process, including sewing of the garment, was done by third party subcontractors. The Debtor's primary customers included Wet Seal, Rainbow, YM Inc, Suzy, United Fashion, Siblings, Discovery, 10 Spot, Charlotte Russe, Marine, Number 7 and Amoine.

The Debtor's sales volume steadily grew every year until 2007. Beginning in 2008, the Debtor started losing its sales volume and began having difficulties with meeting its obligations to its creditors. In 2009, the sales volume fell by 50% and the losses were close to $1 million. The losses and decline of the sales volume continued into 2010. In 2010, certain creditors, including Voom Tex and ATEX, filed lawsuits for collection of accounts receivable. The Debtor was unable to find other vendors who would extend the credit for supply of textiles and other supplies. Finally in July 2010, the Debtor decided to cease its operating completely.

Disputes have arisen between Steve Yi and Annabelle Lee regarding the operations of the Debtor. While Ms. Lee has consented to the bankruptcy filing of the Debtor, Ms. Lee has not fully cooperated with Mr. Yi in the preparation of the Schedules and Statement of Financial Affairs. Mr. Yi was not involved in the day-to-day operations of the Debtor and therefore has had to rely upon information known by him and documentation in his possession related to the financial affairs of the Debtor.

The information contained in the Schedules and SOFA are unaudited. While Mr. Yi has made every reasonable effort to ensure the Schedules and SOFA are accurate and complete based on the information available at the time of preparation and filing, information that becomes available after the filing date noted herein may result in material changes to these Schedules and SOFA. The Debtor reserves the right to amend or supplement the Schedules and SOFA as appropriate.

The contents of these Schedules and SOFA shall neither constitute a waiver of any rights or claim of the Debtor nor an admission of the existence, amount or nature of potential claims against the Debtor. The Debtor reserves the right to dispute or challenge the status and amount of any claimant listed on Schedules D, E, and F as well as the validity, priority, perfection, or the extent of any lien securing any claim listed on Schedule D.

Any failure to designate a claim on the Schedules as "Disputed," "Contingent," and / or "Unliquidated" does not constitute an admission by the Debtor that such amount is not "Disputed," "Contingent," and / or "Unliquidated." The Debtor reserves the right (i) to dispute any claim reflected in the Schedules on any grounds, including but not limited to, amount, description, or classification and (ii) to amend the Schedules to designate such claims as "Disputed," "Contingent," and / or "Unliquidated."

Schedule E– Creditors Holding Unsecured Priority Claims
All known priority claims are listed on Schedule E at approximate amounts outstanding as of the petition date unless they have been subsequently been paid or otherwise satisfied pursuant to Bankruptcy Court order.

The Debtor reserves the right to assert that any claim listed on Schedule E does not constitute an unsecured priority claim under the Bankruptcy Code.

Schedule F – Creditors Holding Unsecured Nonpriority Claims
All known unsecured nonpriority claims are listed on Schedule F at their approximate amounts outstanding as of the petition date.

The Debtor reserves the right to assert that any claim listed on Schedule F does not constitute an unsecured nonpriority claim under the Bankruptcy Code.

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

G:\Wp\Cases\S-T\Skylimit Apparel, Inc\Petition\Petition Schedules Notes.doc
7777-000(SKYLIMIT)\EXP. 56

## Schedule G – Unexpired Leases and Executory Contracts

The Debtor has attempted to provide a complete list of all agreements that might be considered to be unexpired leases and/or executory contracts. The Debtor is continuing to review its available records and will supplement this Schedule G if additional agreements that may constitute unexpired leases and/or executory contracts are identified.

The listing or characterization of any contract or agreement on Schedule G does not constitute an admission on the Debtor's part that (i) such contract or agreement is an executory contract or unexpired lease or (ii) that any contract or lease is severable or unified.

///

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

G:\Wp\Cases\S-T\Skylimit Apparel, Inc\Petition\Petition Schedules Notes.doc
7777-000(SKYLIMIT)\EXP. 56

Form B6 - Summary (12/07)                                           2007 USBC, Central District of California

# FORM 6.  SCHEDULES

**Summary of Schedules**

**Summary of Schedules**
**Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)**


Schedule A -   Real Property

Schedule B -   Personal Property

Schedule C -   Property Claimed as Exempt

Schedule D -   Creditors Holding Secured Claims

Schedule E -   Creditors Holding Unsecured Priority Claims

Schedule F -   Creditors Holding Unsecured Nonpriority Claims

Schedule G -   Executory Contracts and Unexpired Leases

Schedule H -   Codebtors

Schedule I -   Current Income of Individual Debtor(s)

Schedule J -   Current Expenditures of Individual Debtor(s)

**Unsworn Declaration under Penalty of Perjury**

**General Instructions:** The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank.

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Form B6 - Summary (12/07)                                                                2007 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re | Case No.: |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** | |
| | (If known) |
| Debtor. | |

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| | NAME OF SCHEDULE | ATTACHED YES/NO | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A | Real Property | Yes | 1 | $2,150,000.00 | | |
| B | Personal Property | Yes | 4 | $49,583.28 | | |
| C | Property Claimed as Exempt | No | 0 | | | |
| D | Creditors Holding Secured Claims | Yes | 4 | | $3,777,781.66 | |
| E | Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | $153,830.26 | |
| F | Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | $1,697,862.88 | |
| G | Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H | Codebtors | Yes | 2 | | | |
| I | Current Income of Individual Debtor(s) | No | 0 | | | |
| J | Current Expenditures of Individual Debtor(s) | No | 0 | | | |
| | Total »»» | | 32 | $2,199,583.28 | $5,629,474.80 | |

Official Form B6 - Statistical Summary (12/07)                                          2007 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,,** | Case No.: |
| | (If known) |
| Debtor. | |

# NOT APPLICABLE TO DEBTOR'S CASE

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** Debtor. | Case No.: (If known) |

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Commercial property located at 2533-2535 E. 28th Street Vernon, CA  90058 | Fee Simple<br><br>* Escrow pending for purchase | | $2,150,000.00 | $2,200,000.00 |
| | Total »»» | | $2,150,000.00 | |

(Report also on Summary of Schedules)

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,**  Debtor. | Case No.:  (If known) |

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 1. | Cash on hand. | None | | | |
| 2. | Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperative. | | Checking account at Nara Bank, 1122 S. Wall Street, Los Angeles, CA  90015 Account No. XXXXXX9802  Checking account at Nara Bank, 1122 S. Wall Street, Los Angeles, CA  90015 Account No. XXXXXX2401 | | $0.00   $2.76 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | None | | | |
| 4. | Household goods and furnishings, including audio, video and computer equipment. | None | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | None | | | |
| 6. | Wearing apparel. | None | | | |
| 7. | Furs and jewelry. | None | | | |
| 8. | Firearms and sports, photographic and other hobby equipment. | None | | | |
| 9. | Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | None | | | |
| 10. | Annuities. Itemize and name each issuer. | None | | | |

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | None | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | None | | | |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | None | | | |
| 14. | Interests in partnerships or joint ventures. Itemize. | None | | | |
| 15. | Government and corporate bonds and other negotiable and non-negotiable instruments. | None | | | |
| 16. | Accounts Receivable. | | See attachment. | | $15,426.31 |
| 17. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | None | | | |
| 18. | Other liquidated debts owing debtor including tax refunds. Give particulars. | None | | | |
| 19. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | None | | | |
| 20. | Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | None | | | |
| 21. | Contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Debtor's books and records reflect a possible credit balance with the following vendors: Capital One, F.S.B. ($457.61), Guide-Tex ($28.20), IF Garment, Inc. ($27,194.00), Y&J Textile, Inc. ($358.60) and Z Lable ($15.80). It is unknown whether any of the amounts are collectible. | | $28,054.21 |
| 22. | Patents, copyrights, and other intellectual property. Give particulars. | None | | | |
| 23. | Licenses, franchises, and other general intangibles. Give particulars. | None | | | |
| 24. | Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | None | | | |
| 25. | Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Dodge commercial van (78000 miles) located at 2535 E. 28th Street, Vernon, CA | | $2,000.00 |
| 26. | Boats, motors, and accessories. | None | | | |
| 27. | Aircraft and accessories. | None | | | |
| 28. | Office equipment, furnishings, and supplies. | | Computers, desks, tables, chairs located at Cha Cha Fabric, 3480 S. Broadway, Los Angeles, CA | | $500.00 |

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 29. | Machinery, fixtures, equipment and supplies used in business. | | Cutting machine located at Cha Cha Fabric, 3480 S. Broadway, Los Angeles, CA | | $1,000.00 |
| 30. | Inventory. | | 1300 yards of fabric located at 2535 E. 28th Street, Vernon, CA | | $2,600.00 |
| 31 | Animals. | None | | | |
| 32. | Crops - growing or harvested. Give particulars. | None | | | |
| 33. | Farming equipment and implements. | None | | | |
| 34. | Farm supplies, chemicals, and feed. | None | | | |
| 35. | Other personal property of any kind not already listed.  Itemize. | None | | | |
| | | | Total Schedule B »»» | | $49,583.28 |

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules)

# Attachment to Schedule B – Accounts Receivable

A/R

| | | | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 10 SPOT-#1 | 644-646 MAIN AVE. | PASSAIC, NJ 07055 | | | | | 17.00 | 17.00 |
| 10 SPOT-#12 | AVIATION PLAZA | 681W. Edger Road | | | | | 168.00 | 168.00 |
| 10 SPOT-#13 | Bruckner Plaza | 1949 Turnbull Ave. | | | | | 7.75 | 7.75 |
| 10 SPOT-#17 | 1273 BROADWAY | BROOKLYN, NY 11221 | | | | | 7.75 | 7.75 |
| 10 SPOT-#20 | 481 MAIN ST. | NEW ROCHELLE, NY 10801 | | | | | 7.75 | 7.75 |
| 10 SPOT-#27 | UPHAM'S CORNER | 772-774 DUDLEY ST. | | | | | 33.25 | 33.25 |
| 10 SPOT-#29 | SPRINGFIELD PLAZA | 1329 LIBERTY ST. | | | | | 33.25 | 33.25 |
| 10 SPOT-#31 | 1075 BOSTON RD. | SPRINGFIELD, MA 01119 | | | | | 120.00 | 120.00 |
| 10 SPOT-#34 | 690 American Legion Highway | Roslindale, MA 02131 | | | | | 7.75 | 7.75 |
| 10 SPOT-#36 | 174 Smith St. | Perth Amboy, NJ 08861 | | | | | 15.50 | 15.50 |
| 10 SPOT-#37 | 46 South 69TH ST. | Upper Darby, PA 19082 | | | | | 7.75 | 7.75 |
| 10 SPOT-#441 | 8331 West Flagler St. | MIAMI, FL.33174 | | | | | 7.75 | 7.75 |
| 10 SPOT-#7 | 257 MAIN ST. | ORANGE, NJ 07050 | | | | | 7.75 | 7.75 |
| 10 SPOT-#9 | 945 Southern Blvd. | Bronx, NY 10459 | | | | | 16.25 | 16.25 |
| ALEJANDRA | | | | | | | 120.00 | 120.00 |
| ARTURO | | | | | | | 156.00 | 156.00 |
| B.K.V. Inc. | 161B Pleasant ST. | Lynn, MA 01901 | | | | | 6,660.00 | 6,660.00 |
| bria | | | | | | | 111.00 | 111.00 |
| EOS | TEL: 213-500-5726 | | | | | | 75.00 | 75.00 |
| GIGI F/S | 700 TELSHOR BLVD #1406 | LAS CRUCES NM 88011 | | | | | 322.14 | 322.14 |
| HONEYCOMB HIDE-OUT | 820-G CAPITAL CENTRE BLUD | UPPER MARLBORO, MD 20774 | | | | | 339.00 | 339.00 |
| ISABEL | | | | | | | 127.00 | 127.00 |
| LEE'S FASHIONS INC. | 1910 N. W. 20Th St. | Miami, FL. 33142 | | | | | 1,185.00 | 1,185.00 |
| LEMON #1 | 3386 S. BRISTOL ST. | | | | | | 478.50 | 478.50 |
| lucero | | | | | | | 51.00 | 51.00 |
| MICHELLE | | | | | | | 76.50 | 76.50 |
| NCC (Factor) | | | | | | | 1,433.87 | 1,433.87 |
| PURA SANTOS | | | | | | | 66.00 | 66.00 |
| QAVE28 | | | | | | | 516.00 | 516.00 |
| RAINBOW | DISTRIBUTION CENTER | 1000 PENNSYLVANIA AVE. | | | | | 8.00 | 8.00 |
| Reticia | | | | | | | 60.00 | 60.00 |
| REYNA | | | | | | | 24.00 | 24.00 |
| sandra | | | | | | 54.00 | 140.00 | 140.00 |
| SILHOUETTE | TEL: 213-446-4842 | | | | | | 54.00 | 54.00 |
| SOL | | | | | | | 48.00 | 48.00 |
| STOP-1B | TEL: 760-630-6009 | | | | | | 281.00 | 281.00 |
| VAMOS | 225W ANAHEIM ST | LONG BEACH CA | | | | | 0.50 | 0.50 |
| VERONICA | | | | | | | 66.00 | 66.00 |
| VIOLET (caroline #3) | 201 CEN-TX-EXPY #1290 | | | | | | 121.75 | 121.75 |
| WET SEAL | | | | | | | 2,414.55 | 2,414.55 |
| yoly | | | | | | | 54.00 | 54.00 |
| | | | | | | 54.00 | 15,372.31 | 15,426.31 |

Form B6D - (12/07)                                                                                                          2007 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** Debtor. | Case No.: (If known) |

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

❑    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. ATEX Corporation 3333 S Hill Street Los Angeles, CA  90007 | | | Judgment lien recorded 8/9/10 Value: $2,150,000.00 | X | X | X | $692,440.00 | |
| Last four digits of ACCOUNT NO. Jeffre T Lowe Esq Lowe & Baik 3600 Wilshire Blvd #300 Los Angeles, CA  90010 | | | Attorneys for ATEX Corporation | | | | Duplicate | |
| Last four digits of ACCOUNT NO. Colson Service Corp 101 Barclay Street 8F East New York, NY  10286 | | | 2nd deed of trust on commercial building 2533-2535 E. 28th Street, Vernon, CA Value: $2,150,000.00 | | | | $952,223.86 | |

Form B6D - (12/07)                                                                    2007 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** Debtor. | Case No.: (If known) |

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. TMC Development Attn Cynthia Basco Portfolio Mgr 611 Front Street San Francisco, CA 94111 | | | Additional notice for Colson Service Corp. | | | | Duplicate | |
| Last four digits of ACCOUNT NO. Los Angeles County Tax Collector 225 N Hill Street Los Angeles, CA 90012 | | | 2nd installment of property taxes due for 7/09-6/10 Value: $2,150,000.00 | | | | $17,146.28 | |
| Last four digits of ACCOUNT NO. Nara Bank 1122 S Wall Street Los Angeles, CA 90015 | | | 1st deed of trust on commercial building 2533-2535 E. 28th Street, Vernon, CA Value: $2,150,000.00 | | | | $1,217,556.52 | |
| Last four digits of ACCOUNT NO. Nara Bank 1122 S Wall Street Los Angeles, CA 90015 | | | Commercial line of credit; UCC-1 financing statement filed 7/1/05 secured by inventory, equipment and accounts; instrument #057032010673 UCC-3 continuation filed 1/7/10; instrument #1072192166 UCC-3 amendment filed 2/10/10; instrument #1072225072 to add "all receivable subordinated in favor of New Commercial Capital, Inc." Value: Unknown | | | | $848,415.00 | |

Form B6D - (12/07)                                                                    2007 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** Debtor. | Case No.: (If known) |

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Nara Bank<br>Wilshire Office<br>3600 Wilshire Blvd 100-A<br>Los Angeles, CA  90010 | | | Additional notice | | | | Duplicate | |
| Last four digits of ACCOUNT NO.<br><br>Nara Bank SBA Dept<br>3731 Wilshire Blvd #400<br>Los Angeles, CA  90010 | | | Additional notice | | | | Duplicate | |
| Last four digits of ACCOUNT NO.<br><br>Joon W Song Esq<br>The Song Law Group APLC<br>800 W 6th Street #1410<br>Los Angeles, CA  90017 | | | Attorneys for Nara Bank | | | | Duplicate | |
| Last four digits of ACCOUNT NO.<br><br>New Commercial Capital Inc<br>3530 Wilshire Blvd #380<br>Los Angeles, CA  90010-2344 | | | UCC-1 financing statement filed 2/2/10; instrument #107221690361; secured by inventory, equipment and accounts<br><br>Value:  Unknown | | | | $   .00 | |
| Last four digits of ACCOUNT NO.<br><br>Voom Trim Inc<br>1218 S Boyle Avenue<br>Los Angeles, CA 90023 | | | Attachment lien on commercial building 2533-2535 E. 28th Street, Vernon, CA<br><br>Value:  $2,150,000.00 | | | X | $50,000.00 | |
| Last four digits of ACCOUNT NO.<br><br>Matthew S Nasser Esq<br>Law Offices of Matthew S Nasser<br>1218 S Boyle Avenue<br>Los Angeles, CA  90023 | | | Attorneys for Voom Trim Inc. | | | | Duplicate | |

Form B6D - (12/07)                                                                                           2007 USBC, Central District of California

| In re | Chapter No.: **11** |
|-------|--------------------|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** Debtor. | Case No.: (If known) |

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Sheet no. 0 continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Total(s) (Used only on last page) ▶ | | | | $3,777,781.66 | |
| | | | | | | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Form B6E - (Rev. 04/10)                                                2010 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** Debtor. | Case No.: (If known) |

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of al l amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

❑    **Domestic Support Obligations**: Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑    **Extensions of credit in an involuntary case**: Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■    **Wages, salaries, and commissions**: Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑    **Contributions to employee benefit plans**: Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑    **Certain farmers and fishermen**: Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**: Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

*Amount subject to adjustment on 04/01/13, and every three years there after with respect to cases commenced on or after the date of adjustment.

Form B6E - (Rev. 04/10)                                                      2010 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,**<br><div align="right">Debtor.</div> | Case No.:<br><div align="right">(If known)</div> |

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

■  **Taxes and Certain Other Debts Owed to Governmental Units**: Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**: Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**: Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<div align="center"><u>**3**</u>    Continuation Sheets attached</div>

Form B6E - (Rev. 04/10)                                                           2010 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** Debtor. | Case No.: (If known) |

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

**11 U.S.C. § 507(a)(4)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Annabelle Lee<br>4273 Hampstead Road<br>La Canada, CA 91011 | | | Wages due 3/31/10-6/30/10 | | | | $24,000.00 | $11,725.00 | $12,275.00 |
| Last four digits of ACCOUNT NO.<br><br>Ji Y Yoon<br>4273 Hampstead Road<br>La Canada, CA 91011 | | | Wages due 11/30/09-6/30/10 | | | | $40,950.00 | $11,725.00 | $29,225.00 |
| Last four digits of ACCOUNT NO.<br><br>Steve Yi<br>2850 E Vernon Avenue<br>Vernon, CA 90058 | | | Wages due 8/31/09-6/30/10 | | | | $30,000.00 | $11,725.00 | $18,275.00 |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | | Subtotals ▶<br>(Totals of this page) | | $94,950.00 | $35,175.00 | $59,775.00 |
| | | | | | Total ▶<br>(Use only on last page of competed Schedule E.)<br>Report total also on Summary of Schedules.) | | $ | | |
| | | | | | Totals ▶<br>(Use only on last page of competed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data) | | | $ | $ |

Form B6E - (Rev. 04/10)                                                2010 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,**<br>Debtor. | Case No.:<br>(If known) |

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### 11 U.S.C. § 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>California Franchise Tax Board<br>Attn Bankruptcy<br>PO Box 2952<br>Sacramento, CA  95812 | | | Tax for 2010 | | | | $2,800.00 | $2,800.00 | $0.00 |
| Last four digits of ACCOUNT NO.<br><br>City of Los Angeles Office of Finance<br>PO Box 53200<br>Los Angeles, CA  90053 | | | Business tax renewal for 2010 | | | | $499.45 | $499.45 | $0.00 |
| Last four digits of ACCOUNT NO.<br><br>Employment Development Dept<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA  94280-0001 | | | 941 tax/payroll tax due 12/31/09 through 7/31/10 | | | | $55,462.90 | $55,462.90 | $0.00 |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | | Subtotals ▶<br>(Totals of this page) | | | $58,762.35 | $58,762.35 | $0.00 |
| | | | | Total ▶<br>(Use only on last page of competed Schedule E.)<br>Report total also on Summary of Schedules.) | | | $ | | |
| | | | | Totals ▶<br>(Use only on last page of competed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data) | | | | $ | $ |

Form B6E - (Rev. 04/10)                                                    2010 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** Debtor. | Case No.: (If known) |

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

**11 U.S.C. § 507(a)(8) (cont.)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br><br> Internal Revenue Service <br> PO Box 21126 <br> Philadelphia, PA  19114 | | | Notice purposes only | | | | $0.00 | $0.00 | $0.00 |
| Last four digits of ACCOUNT NO. <br><br> Los Angeles County Tax Collector <br> 225 N Hill Street <br> Los Angeles, CA  90012 | | | Unsecured property tax 7/09-6/10 | | | | $117.91 | $117.91 | $0.00 |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals ▶ <br> (Totals of this page) | | | | $117.91 | $117.91 | $0.00 |
| | | | Total ▶ <br> (Use only on last page of competed Schedule E.) <br> Report total also on Summary of Schedules.) | | | | $153,830.26 | | |
| | | | Totals ▶ <br> (Use only on last page of competed Schedule E. <br> If applicable, report also on the Statistical Summary <br> of Certain Liabilities and Related Data) | | | | | $94,055.26 | $59,775.00 |

Form B6F- (12/07)                                          2007 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** Debtor. | Case No.: (If known) |

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Ace America<br>2622 Geraldine Street<br>Los Angeles, CA  90011 | | | Trade debt | | | | $6,512.40 |
| Last four digits of ACCOUNT NO.<br><br>Ace Trims<br>2143 Bay Street<br>Los Angeles, CA  90021 | | | Trade debt | | | | $4,204.50 |
| Last four digits of ACCOUNT NO.<br><br>Aere Han<br>639 S Stanford Avenue #306<br>Los Angeles, CA  90021 | | | Trade debt | | | | $2,656.75 |

Form B6F- (12/07)                                                        2007 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** Debtor. | Case No.: (If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>AT&T<br>SBC Payment Center<br>Sacramento, CA  95887-0001 | | | Trade debt | | | | $ 227.67 |
| Last four digits of ACCOUNT NO.<br><br>Azteca Laundry<br>NO ADDRESS AVAILABLE | | | Trade debt | | | | $ 135.00 |
| Last four digits of ACCOUNT NO.<br><br>BB Elastic<br>1710 E 21st Street<br>Los Angeles, CA  90058 | | | Trade debt | | | | $1,770.15 |
| Last four digits of ACCOUNT NO.<br><br>Beijing Garment<br>NO ADDRESS AVAILABLE | | | Trade debt | | | | $1,455.00 |
| Last four digits of ACCOUNT NO.<br><br>Bestco Fashion Buttons Inc<br>5434 E Washington Blvd<br>Los Angeles, CA  90040-2106 | | | Trade debt | | | | $ 256.47 |
| Last four digits of ACCOUNT NO.<br><br>Callaway Fashion<br>122 E 12th Street<br>Los Angeles, CA  90014 | | | Trade debt | | | | $10,407.05 |
| Last four digits of ACCOUNT NO.<br><br>Capital One FSB<br>PO Box 34631<br>Seattle, WA  98124-1631 | | | Notice purposes only | | | | $    .00 |

Form B6F- (12/07)                                                          2007 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** <br> Debtor. | Case No.: <br><br> (If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br><br> Catarina Oxlaj <br> NO ADDRESS AVAILABLE | | | Unknown | | | | $2,000.00 |
| Last four digits of ACCOUNT NO. <br><br> CCK CPAs <br> 7002 Moody Street #207 <br> La Palma, CA  90623 | | | Trade debt | | | | $2,925.00 |
| Last four digits of ACCOUNT NO. <br><br> CFT United Inc <br> 722 E 62nd Street <br> Los Angeles, CA  90001 | | | Trade debt | | | | $11,674.80 |
| Last four digits of ACCOUNT NO. <br><br> Cha Cha Fabric <br> 3480 S Broadway <br> Los Angeles, CA  90007 | | | Trade debt | | | | $363,952.65 |
| Last four digits of ACCOUNT NO. <br><br> Cherry Secret Inc <br> 1900 E Doreen Avenue <br> S El Monte, CA  91733 | | | Trade debt | | | | $7,620.00 |
| Last four digits of ACCOUNT NO. <br><br> Choico Alarm <br> PO Box 74040 <br> Los Angeles, CA  90015 | | | Trade debt | | | | $ 180.00 |

Form B6F- (12/07)                                                                  2007 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,**<br>Debtor. | Case No.:<br>(If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Circle Textile<br>1220 S Maple Avenue #303<br>Los Angeles, CA  90015 | | | Trade debt | X | X | X | $103,410.60 |
| Last four digits of ACCOUNT NO.<br><br>City of Vernon<br>4305 Santa Fe Avenue<br>Vernon, CA  90058 | | | Trade debt | | | | $ 582.35 |
| Last four digits of ACCOUNT NO.<br><br>Coffee Tree USA dba Coffee Tech<br>1513 S Victoria Avenue<br>Los Angeles, CA  90019 | | | Trade debt | | | | $ 330.00 |
| Last four digits of ACCOUNT NO.<br><br>Copy Star<br>1515 S Maple Avenue #20<br>Los Angeles, CA  90015 | | | Trade debt | | | | $2,291.00 |
| Last four digits of ACCOUNT NO.<br><br>Dongjin Zipper & Trim Inc<br>3420 S Broadway<br>Los Angeles, CA  90007 | | | Trade debt | | | | $4,732.40 |
| Last four digits of ACCOUNT NO.<br><br>DWP<br>PO Box 30808<br>Los Angeles, CA  90030-0808 | | | Trade debt | | | | $ 187.72 |

Form B6F- (12/07)                                                                 2007 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,**<br>                                        Debtor. | Case No.:<br>                                        (If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Eastern Termite Pest Control Co<br>2621 W Olympic Blvd #200<br>Los Angeles, CA  90006 | | | Trade debt | | | | $ 120.00 |
| Last four digits of ACCOUNT NO.<br><br>Ecophill<br>2850 E Vernon Avenue<br>Vernon, CA  90058 | | | Loan | | | | $41,039.00 |
| Last four digits of ACCOUNT NO.<br><br>EDI Express<br>PO Box 2149<br>Gardena, CA  90247-0149 | | | Trade debt | | | | $ 87.00 |
| Last four digits of ACCOUNT NO.<br><br>EOS Logistics USA Inc dba Speedy Express<br>4282 Wilshire Blvd #103<br>Los Angeles, CA  90010 | | | Trade debt | | | | $5,980.44 |
| Last four digits of ACCOUNT NO.<br><br>Fabconx<br>3131 S Alameda Street<br>Los Angeles, CA  90058 | | | Trade debt | | | | $84,003.60 |
| Last four digits of ACCOUNT NO.<br><br>General Business Credit/Winners Intl<br>PO Box 92024<br>Los Angeles, CA  90009 | | | Trade debt | | | | $2,891.70 |

Form B6F- (12/07)                                                    2007 USBC, Central District of California

| In re                                          | Chapter No.: **11**      |
|------------------------------------------------|--------------------------|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,**    | Case No.:                |
|                                    Debtor.     |              (If known)  |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Guide Tex<br>1875 W Redondo Beach Blvd #307<br>Gardena, CA  90247 | | | Notice purposes only | | | | $  .00 |
| Last four digits of ACCOUNT NO.<br><br>Hill<br>2300 S Hill St<br>Los Angeles, CA  90007 | | | Trade debt | | | | $18,292.10 |
| Last four digits of ACCOUNT NO.<br><br>Hyun<br>3316 Main Street 3rd Floor B<br>Los Angeles, CA  90007 | | | Trade debt | | | | $27,672.60 |
| Last four digits of ACCOUNT NO.<br><br>Idaero<br>1365 S Broadway St<br>Los Angeles, CA  90015 | | | Trade debt | | | | $2,206.50 |
| Last four digits of ACCOUNT NO.<br><br>IF Garment Inc<br>3490 S Broadway<br>Los Angeles, CA  90007 | | | Notice purposes only | | | | $  .00 |
| Last four digits of ACCOUNT NO.<br><br>Integrated Textile & Design Inc<br>1615 S Grand Avenue<br>Los Angeles, CA  90015 | | | Trade debt | | | | $9,720.20 |

Form B6F- (12/07)                                                    2007 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,**  Debtor. | Case No.:  (If known) |

### SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  Ivy Trim Inc 3027 S Grand Avenue Los Angeles, CA  90007 | | | Trade debt | | | | $5,552.20 |
| Last four digits of ACCOUNT NO.  Jacob Supplies Inc 2424 E 26th Street Vernon, CA  90058 | | | Trade debt | | | | $1,592.21 |
| Last four digits of ACCOUNT NO.  JC Mode 724 S Spring Street #400 Los Angeles, CA  90014 | | | Trade debt | | | | $2,741.18 |
| Last four digits of ACCOUNT NO.  Joon NO ADDRESS AVAILABLE | | | Unknown | | | | $12,658.00 |
| Last four digits of ACCOUNT NO.  KGS Label Inc-KennyGIs Service 1620 E 25th Street Los Angeles, CA  90011 | | | Trade debt | | | | $ 170.00 |
| Last four digits of ACCOUNT NO.  L2G Trim 1429 E 15th Street Los Angeles, CA  90021 | | | Trade debt | | | | $54,052.50 |

Form B6F- (12/07)

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** Debtor. | Case No.: (If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. Label Tex NO ADDRESS AVAILABLE | | | Trade debt | | | | $ 22.50 |
| Last four digits of ACCOUNT NO. Mansfield Textiles 2850 E Vernon Avenue Vernon, CA 90058 | | | Trade debt | | | | $10,000.00 |
| Last four digits of ACCOUNT NO. MegaPath Dept 0324 PO Box 120324 Dallas, TX 75312-0324 | | | Trade debt | | | | $ 404.61 |
| Last four digits of ACCOUNT NO. Moussa Peykar and George Peykar Hong & Mashal LLP 1875 Century Park East #600 Los Angeles, CA 90067-2507 | | | Lease obligation for 1230 S. San Pedro, Los Angeles, CA | X | X | X | $26,573.00 |
| Last four digits of ACCOUNT NO. My Trim Inc 1920 Violet Street #200 Los Angeles, CA 90021 | | | Trade debt | | | | $49,791.15 |
| Last four digits of ACCOUNT NO. NSS Fabric Inc 934 S Wall Street Los Angeles, CA 90015 | | | Trade debt | | | | $5,617.50 |

Form B6F- (12/07)                                                    2007 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** Debtor. | Case No.: (If known) |

### SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Nextrim<br>1430 E Washington Blvd<br>Los Angeles, CA  90021 | | | Trade debt | | | | $2,059.49 |
| Last four digits of ACCOUNT NO.<br><br>Oxford International Inc<br>825 E 14th Place<br>Los Angeles, CA  90021 | | | Trade debt | | | | $3,760.05 |
| Last four digits of ACCOUNT NO.<br><br>PJ Fabrics Inc<br>PO Box 556614<br>Los Angeles, CA  90055 | | | Trade debt | | | | $226,813.54 |
| Last four digits of ACCOUNT NO.<br><br>Power Ace Inc<br>2702 S Main St<br>Los Angeles, CA  90007 | | | Trade debt | | | | $4,491.50 |
| Last four digits of ACCOUNT NO.<br><br>Prime Business Credit/Celtex Textile<br>PO Box 92745<br>Los Angeles, CA  90009 | | | Trade debt | | | | $ 528.75 |
| Last four digits of ACCOUNT NO.<br><br>Prime Supply<br>769 Kohler Street<br>Los Angeles, CA  90021 | | | Trade debt | | | | $6,389.50 |

Form B6F- (12/07)                                                           2007 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** Debtor. | Case No.: (If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br><br> Rainbow Sublimation Inc <br> 5877 Compton Avenue <br> Los Angeles, CA  90001 | | | Trade debt | | | | $30,392.40 |
| Last four digits of ACCOUNT NO. <br><br> Regency Fabrics <br> 1016 E 14th Place <br> Los Angeles, CA  90021 | | | Trade debt | | | | $2,462.40 |
| Last four digits of ACCOUNT NO. <br><br> Rolling Ink <br> 17302 Yukon Avenue #54 <br> Torrance, CA  90504 | | | Trade debt | | | | $ 894.46 |
| Last four digits of ACCOUNT NO. <br><br> S Calvin Myung Esq <br> Law Offices of S Calvin Myung <br> 3600 Wilshire Blvd #1818 <br> Los Angeles, CA  90010 | | | Attorneys for Circle Trim Inc aka Circle Textile | | | | $   .00 |
| Last four digits of ACCOUNT NO. <br><br> Sam Tex Fabrics Inc <br> 1418 E 18th Street <br> Los Angeles, CA  90058 | | | Trade debt | | | | $33,674.91 |
| Last four digits of ACCOUNT NO. <br><br> Sequoia Water Service Inc <br> PO Box 2003 <br> Palos Verdes Peninsula, CA 90274 | | | Trade debt | | | | $ 74.46 |

Form B6F- (12/07)                                                                                    2007 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** Debtor. | Case No.: (If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br><br> Shin Hwa Trading <br> 115 Venice Blvd #C <br> Los Angeles, CA  90015 | | | Trade debt | | | | $3,438.00 |
| Last four digits of ACCOUNT NO. <br><br> Sky USA <br> 208 W 8th Street #1201 <br> Los Angeles, CA  90014 | | | Trade debt | | | | $10,711.30 |
| Last four digits of ACCOUNT NO. <br><br> Speedy Trim <br> 3716 S Main Street <br> Los Angeles, CA  90007 | | | Trade debt | | | | $8,743.22 |
| Last four digits of ACCOUNT NO. <br><br> Star Graphix <br> 424 E 15th Street Unit 3 <br> Los Angeles, CA  90015 | | | Trade debt | | | | $ 50.00 |
| Last four digits of ACCOUNT NO. <br><br> Star Insurance Company <br> PO Box 31130 <br> Tampa, FL  33631-3130 | | | Trade debt | | | | $ 901.98 |
| Last four digits of ACCOUNT NO. <br><br> Starlet <br> 3449 South Main Street <br> Los Angeles, CA  90021 | | | Trade debt | | | | $7,875.40 |

Form B6F- (12/07)                                                    2007 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** Debtor. | Case No.: (If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. Styletex 940 S Hill Street Suite E Los Angeles, CA 90015 | | | Trade debt | | | | $11,124.00 |
| Last four digits of ACCOUNT NO. Sun Label 1543 W Olympic Blvd #425 Los Angeles, CA 90015 | | | Trade debt | | | | $2,217.00 |
| Last four digits of ACCOUNT NO. Thank You Trim 2231 S Long Beach Avenue Los Angeles, CA 90058 | | | Trade debt | | | | $4,620.00 |
| Last four digits of ACCOUNT NO. Total Label 807 E 12th Street #103 Los Angeles, CA 90021 | | | Trade debt | | | | $ 8.00 |
| Last four digits of ACCOUNT NO. Travelers Insurance CL Remittance Center Hartford, CT 06183-1008 | | | Trade debt | | | | $2,259.25 |
| Last four digits of ACCOUNT NO. Trim Depot 3600 Avalon Blvd Los Angeles, CA 90011 | | | Trade debt | | | | $ 418.60 |

Form B6F- (12/07)                                                          2007 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** Debtor. | Case No.: (If known) |

### SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br><br> Tyme Apparel <br> 1727 W Pico Blvd <br> Los Angeles, CA  90015 | | | Trade debt | | | | $8,811.20 |
| Last four digits of ACCOUNT NO. <br><br> Unicolors Inc <br> 3251 E 26th Street <br> Los Angeles, CA  90058 | | | Trade debt | | | | $4,155.10 |
| Last four digits of ACCOUNT NO. <br><br> Up Date Fabric <br> 1400 Newton Street <br> Los Angeles, CA  90021 | | | Trade debt | | | | $73,747.74 |
| Last four digits of ACCOUNT NO. <br><br> UPS <br> PO Box 894820 <br> Los Angeles, CA  90189-4820 | | | Trade debt | | | | $ 235.40 |
| Last four digits of ACCOUNT NO. <br><br> UPS Supply Chain Solutions Inc <br> 28013 Network Place <br> Chicago, IL  60673-1280 | | | Trade debt | | | | $ 69.97 |
| Last four digits of ACCOUNT NO. <br><br> Waste Management <br> Compton Hauling <br> PO Box 78251 <br> Phoenix, AZ  85062-8251 | | | Trade debt | | | | $ 483.29 |

Form B6F- (12/07)                                                    2007 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** Debtor. | Case No.: (If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Woo Ri<br>714 S Hill Street<br>Los Angeles, CA  90014 | | | Trade debt | | | | $3,273.90 |
| Last four digits of ACCOUNT NO.<br><br>Woongjin Coway USA Inc<br>695 S Vermont Avenue #110<br>Los Angeles, CA  90005 | | | Trade debt | | | | $ 148.24 |
| Last four digits of ACCOUNT NO.<br><br>Wrag Time<br>2315 Nadeau Street<br>Huntington Park, CA  90255 | | | Trade debt | | | | $ 692.06 |
| Last four digits of ACCOUNT NO.<br><br>Y & J Textile Inc<br>3490 S Broadway<br>Los Angeles, CA  90007 | | | Notice purposes only | | | | $   .00 |
| Last four digits of ACCOUNT NO.<br><br>Z Label<br>NO ADDRESS AVAILABLE | | | Notice purposes only | | | | $   .00 |
| Last four digits of ACCOUNT NO.<br><br>General Business Credit/ATEX Corp<br>PO Box 92024<br>Los Angeles, CA  90009 | | | Trade debt | | | | $353,638.27 |

Form B6F- (12/07)                                                2007 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,** Debtor. | Case No.: (If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| | | | Total (Use only on last page of competed Schedule F.) ▶ (Report total also on Summary of Schedules and if applicable, on Statistical Summary of Certain Liabilities and Related Data | | | | $1,697,862.88 |
|---|---|---|---|---|---|---|---|

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,**<br>Debtor. | Case No.:<br>(If known) |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

❑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS,INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| **Jin's Cutting**<br>**2533 E. 28th Street**<br>**Vernon, CA  90058** | **Contract type:  Commercial lease - 2533 E. 28th Street, Vernon, CA**<br>**Terms:  9/30/09-10/1/10**<br>**Debtor's interest:  Property owner** |

| In re | Chapter No.: **11** |
|---|---|
| **SKYLIMIT APPAREL, INC. dba VANILLA ICE,**<br><br>                                                          Debtor. | Case No.:<br><br>                                                          (If known) |

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.R. Bankr. P. 1007(m).

❑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Annabelle Lee**<br>**4273 Hampstead Road**<br>**La Canada, CA  91011** | **ATEX Corporation**<br>**3333 South Hill Street**<br>**Los Angeles, CA  90007**<br><br>**Colson Service Corp**<br>**101 Barclay Street 8F East**<br>**New York, NY  10286**<br><br>**Nara Bank**<br>**1122 S Wall Street**<br>**Los Angeles, CA  90015** |
| **Steve Yi**<br>**2850 E. Vernon Avenue**<br>**Vernon, CA  90058** | **Colson Service Corp**<br>**101 Barclay Street 8F East**<br>**New York, NY  10286**<br><br>**Nara Bank**<br>**1122 S Wall Street**<br>**Los Angeles, CA  90015** |

| In re | SKYLIMIT APPAREL, INC. dba VANILLA ICE | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____
                                                                                                Debtor

Date _____    Signature: _____
                                                                                                (Joint Debtor, if any)
                                                                                                [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No.
                                                                                                        *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Secretary** _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the **Corporation** _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of \_\_\_**35**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.          (Total shown on summary page plus 1.)

Date **September 15, 2010** _____          Signature: **/s/ Steve Yi** _____
                                                                                                **Steve Yi**
                                                                                                [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re

**SKYLIMIT APPAREL, INC. dba VANILLA ICE,**

Debtor.

Case No.

Chapter **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

**"In business."** A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or selfemployed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

**"Insider."** The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.    Income From Employment or Operation of Business.**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in an independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married individuals filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Period | Amount | Source |
|---|---|---|
| **January 2010 – present** | **Unknown** | **Business operations; estimated net loss of approximately $700,000 (unadjusted) – subject to further investigation** |

| Period | Amount | Source |
|--------|--------|--------|
| **2009** | **$5,000,000** | **Estimated amount from business operations; estimated net loss of approximately $2,000,000 (unadjusted) – subject to further investigation** |
| **2008** | **$8,573,346** | **Business operations** |

**2.      Income Other Than From Employment or Operation of Business.**

None    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the
☐       debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a
        joint petition is filed, state income for each spouse separately.  (Married debtors filing under Chapter 12 or Chapter 13
        must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint
        petition is not filed.)

| Period | Amount | Source |
|--------|--------|--------|
| 10/1/09 – 7/31/10 | **$30,000 - subject to further investigation** | **Jin's Cutting related to lease of space located at 2533 E. 28th Street, Vernon, CA** |

**3.      Payments to Creditors.**

            **Complete a. or b. as appropriate and c.**

None    a.    *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of
■             goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement
              of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than
              $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
              obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and
              creditor counseling agency.  (Married debtors filing under Chapter 12 or Chapter 13 must include payments by
              either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
              not filed.)

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|------------------------------|-------------------|-------------|--------------------|
|  |  |  |  |

None    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made
☐             within 90 days immediately preceding the commencement of the case unless the aggregate value of all property
              that constitutes or is affected by such transfer is less than $5,850. If the debtor is an individual, indicate with an
              asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an
              alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.
              (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both
              spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|------------------------------|-------------------|-------------|--------------------|
| **See attached.** |  |  |  |

# Attachment to Statement of Financial Affairs
# Item 3.b – Payments to Creditors

*3. Payment to Creditors over $1.00 in 90 days*

9:31 PM
08/25/10
Accrual Basis

ICE VANILLA

**Register QuickReport**

**May 25 through August 25, 2010**

| | Type | Date | Num | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **BANK OF AMERICA** | | | | | | | |
| | Check | 05/28/2010 | 10393 | 02-Nara 2401 (General) | √ | etc. | -1,000.00 |
| Total BANK OF AMERICA | | | | | | | -1,000.00 |
| **CALLAWAY FASHION** | | | | | | | |
| | Check | 06/11/2010 | 10470 | 02-Nara 2401 (General) | √ | Sewing | -5,000.00 |
| | Check | 08/11/2010 | 10471 NSF | 02-Nara 2401 (General) | √ | Sewing | 0.00 |
| | Check | 06/11/2010 | 10472 | 02-Nara 2401 (General) | √ | Sewing | 0.00 |
| | Check | 08/11/2010 | 10473 NSF | 02-Nara 2401 (General) | √ | Sewing | 0.00 |
| Total CALLAWAY FASHION | | | | | | | -5,000.00 |
| **CFT UNITED, INC** | | | | | | | |
| | Check | 05/28/2010 | 10391 R/T | 02-Nara 2401 (General) | √ | Sewing | 0.00 |
| | Check | 05/28/2010 | 10392 NSF | 02-Nara 2401 (General) | √ | Cutting | 0.00 |
| | Check | 06/16/2010 | 10518 | 02-Nara 2401 (General) | √ | Sewing | -684.00 |
| Total CFT UNITED, INC | | | | | | | -684.00 |
| **FANCY FABRIC INC** | | | | | | | |
| | Bill Pmt -Check | 06/15/2010 | 10503 | 02-Nara 2401 (General) | √ | Accounts Payable | -718.80 |
| | Bill Pmt -Check | 06/16/2010 | 10513 NSF | 02-Nara 2401 (General) | √ | Accounts Payable | -179.70 |
| Total FANCY FABRIC INC | | | | | | | -898.50 |
| **IF Garment, Inc.** | | | | | | | |
| | Bill Pmt -Check | 06/25/2010 | 10544 | 02-Nara 2401 (General) | √ | Accounts Payable | -741.00 |
| Total IF Garment, Inc. | | | | | | | -741.00 |
| **Nara Bank** | | | | | | | |
| | Bill Pmt -Check | 06/25/2010 | 10537 | 02-Nara 2401 (General) | √ | Accounts Payable | -10,035.52 |
| Total Nara Bank | | | | | | | -10,035.52 |
| **Power Ace, Inc** | | | | | | | |
| | Check | 05/28/2010 | 10410 NSF | 02-Nara 2401 (General) | √ | Sewing | 0.00 |
| | Check | 06/08/2010 | 10461 NSF | 02-Nara 2401 (General) | √ | -SPLIT- | 0.00 |
| | Check | 06/14/2010 | 10497 | 02-Nara 2401 (General) | √ | -SPLIT- | -4,905.00 |
| | Check | 06/14/2010 | 10500 | 02-Nara 2401 (General) | √ | Sewing | -4,320.00 |
| | Check | 06/23/2010 | 10535 | 02-Nara 2401 (General) | √ | Sewing | -3,854.40 |
| | Check | 06/29/2010 | 10548 | 02-Nara 2401 (General) | √ | Sewing | -4,118.00 |
| | Check | 07/08/2010 | 10560 | 02-Nara 2401 (General) | √ | Sewing | 0.00 |
| | Check | 07/07/2010 | 10561 NSF | 02-Nara 2401 (General) | √ | Sewing | 0.00 |
| Total Power Ace, Inc | | | | | | | -17,197.40 |
| **STAR INSURANCE COMPANY** | | | | | | | |
| | Bill Pmt -Check | 05/25/2010 | 10376 | 02-Nara 2401 (General) | √ | Accounts Payable | -1,828.96 |
| Total STAR INSURANCE COMPANY | | | | | | | -1,828.96 |
| **AERE HAN** | | | | | | | |
| | Check | 06/14/2010 | 10498 | 02-Nara 2401 (General) | √ | Sewing | -2,657.00 |
| Total AERE HAN | | | | | | | -2,657.00 |
| **Gary A Laff & Associate** | | | | | | | |
| | Check | 06/16/2010 | 10514 NSF | 02-Nara 2401 (General) | √ | Professional Fees | -5,000.00 |
| | Check | 06/28/2010 | 10545 | 02-Nara 2401 (General) | √ | Fabric | -17,397.80 |
| Total Gary A Laff & Associate | | | | | | | -22,397.80 |
| | | | | | | | -62,440.18 |

None   c.   *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this
☐        case or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12
         or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed,
         unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor and Relationship to Debtor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|
| **See attached.** | | | |

**4.     Suits and Administrative Proceedings, Executions, Garnishments and Attachments.**

None   a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐        preceding the filing of this bankruptcy case.  (Married debtors filing under Chapter 12 or Chapter 13 must include
         information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are
         separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| **Atex Corporation vs. Sky Limit Apparel Inc., et al. Case No. BC423803** | **Breach of contract** | **Los Angeles County Superior Court** | **Stipulation for entry of judgment** |
| **Catarina Oxlaj vs. Skylimit Apparel Inc. dba Ice Vanilla Case No. 06-89110 4 RO** | **Complaint** | **Labor Commissioner, Dept. of Industrial Relations, Los Angeles** | **Investigation completed; file closed** |
| **Circle Trim, Inc. vs. Skylimit Apparel Inc., et al. Case No. BC438607** | **Collection** | **Los Angeles County Superior Court** | **Pending** |
| **Moussa Peykar and George Peykar vs. Annabelle J. Lee, et al. Case No. BC444408** | **Breach of contract** | **Los Angeles County Superior Court** | **Pending** |
| **Skylimit Apparel Inc. vs. Atex Corporation Case No. BC423623** | **Civil** | **Los Angeles County Superior Court** | **Dismissed** |
| **Voom Trim, Inc. vs. Skylimit Apparel Inc., et al. Case No. BC440758** | **Collection** | **Los Angeles County Superior Court** | **Writ of attachment** |

# Attachment to Statement of Financial Affairs
# Item 3.c – Payments to Creditors Who Were Insiders

*Insider Payment o/n 1 year*

## ICE VANILLA
## Register QuickReport
### August 25, 2009 through August 26, 2010

| Type | Date | Num | Memo | Account | Clr | Amount |
|---|---|---|---|---|---|---|
| **Annabelle JH Lee** | | | | | | |
| Check | 9/1/2009 | 17254 | | 01-Nara Bank (Clos... | X | -2,500.00 |
| Check | 9/1/2009 | 17255 | | 01-Nara Bank (Clos... | X | -2,500.00 |
| Check | 9/11/2009 | 17343 | | 01-Nara Bank (Clos... | X | -2,500.00 |
| Check | 9/11/2009 | 17345 | 9/3/09 Dep-1/2 | 01-Nara Bank (Clos... | X | -1,000.00 |
| Check | 10/6/2009 | 17500 | 9/4/09 Dep | 01-Nara Bank (Clos... | X | -2,500.00 |
| Check | 10/29/2009 | 17642 | for Deposit | 01-Nara Bank (Clos... | X | -3,000.00 |
| Check | 10/29/2009 | 17643 | for Deposit | 01-Nara Bank (Clos... | X | -4,000.00 |
| Check | 12/22/2009 | 17948 | VOID:replace #17949,17950 | 01-Nara Bank (Clos... | X | 0.00 |
| Check | 12/22/2009 | 17949 | REF HANMI DEP | 01-Nara Bank (Clos... | X | -2,000.00 |
| Check | 12/22/2009 | 17950 | REF HANMI DEP | 01-Nara Bank (Clos... | X | -3,500.00 |
| Check | 1/15/2010 | 1809... | VOID:NSF_3,500.00  1/26/10  REPLACE 5/5/10 2401-10237,8 | 01-Nara Bank (Clos... | X | 0.00 |
| Check | 1/22/2010 | 18148 | | 01-Nara Bank (Clos... | X | -2,000.00 |
| Check | 1/22/2010 | 18150 | | 01-Nara Bank (Clos... | X | -2,000.00 |
| Check | 1/22/2010 | 18151 | | 01-Nara Bank (Clos... | X | -2,000.00 |
| Check | 2/25/2010 | 18411 | | 01-Nara Bank (Clos... | X | -2,500.00 |
| Check | 2/25/2010 | 18412 | | 01-Nara Bank (Clos... | X | -3,000.00 |
| Check | 3/1/2010 | 18463 | | 01-Nara Bank (Clos... | X | -3,500.00 |
| Check | 3/3/2010 | 18505 | | 01-Nara Bank (Clos... | X | -5,000.00 |
| Check | 3/4/2010 | 18506 | | 01-Nara Bank (Clos... | X | -6,000.00 |
| Check | 3/5/2010 | 18519 | | 01-Nara Bank (Clos... | X | -2,000.00 |
| Check | 3/5/2010 | 18520 | | 01-Nara Bank (Clos... | X | -2,500.00 |
| Check | 3/19/2010 | 18656 | 3/15 4100 _2/3 | 01-Nara Bank (Clos... | X | -1,500.00 |
| Check | 3/19/2010 | 18657 | 3/15 4100 _3/3 | 01-Nara Bank (Clos... | X | -1,500.00 |
| Check | 3/19/2010 | 18658 | 3/12 4100 _1/3 | 01-Nara Bank (Clos... | X | -1,500.00 |
| Check | 3/19/2010 | 18659 | 3/12 4100 _2/3 | 01-Nara Bank (Clos... | X | -1,500.00 |
| **Total Annabelle JH Lee** | | | | | | -59,000.00 |
| **Ji Y. Yoon** | | | | | | |
| Check | 9/1/2009 | 17256 | Debit 10-2-09 | 01-Nara Bank (Clos... | X | -2,500.00 |
| Check | 9/1/2009 | 17257 | | 01-Nara Bank (Clos... | X | -2,500.00 |
| Check | 10/6/2009 | 17501 | VOID:change amount | 01-Nara Bank (Clos... | X | 0.00 |
| Check | 10/6/2009 | 17502 | | 01-Nara Bank (Clos... | X | -2,800.00 |
| Check | 10/9/2009 | 17529 | | 01-Nara Bank (Clos... | X | -3,600.00 |
| Check | 11/2/2009 | 17668 | for LOAN PAYMENT  8022437 (REF#17662) | 01-Nara Bank (Clos... | X | -2,000.00 |
| Check | 11/2/2009 | 17669 | for LOAN PAYMENT  8022437 (REF#17662) | 01-Nara Bank (Clos... | X | -2,320.83 |
| Check | 11/3/2009 | 17679 | for Deposit | 01-Nara Bank (Clos... | X | -2,000.00 |
| Check | 11/3/2009 | 17680 | VOID: 2,000 for Deposit->divide off #17832,3 | 01-Nara Bank (Clos... | X | 0.00 |
| Check | 11/3/2009 | 17681 | VOID: 2,000 for Deposit->divide off #17834,5 | 01-Nara Bank (Clos... | X | 0.00 |
| Check | 11/3/2009 | 17682 | for Deposit | 01-Nara Bank (Clos... | X | -1,878.00 |
| Check | 11/4/2009 | 17684 | for Deposit | 01-Nara Bank (Clos... | X | -2,000.00 |
| Check | 12/3/2009 | 17832 | divide off from #17680 | 01-Nara Bank (Clos... | X | -1,000.00 |
| Check | 12/3/2009 | 17833 | divide off from #17680 | 01-Nara Bank (Clos... | X | -1,000.00 |
| Check | 12/3/2009 | 17834 | divide off from #17681 | 01-Nara Bank (Clos... | X | -1,000.00 |
| Check | 12/3/2009 | 17835 | divide off from #17681 | 01-Nara Bank (Clos... | X | -1,000.00 |
| Check | 12/17/2009 | 17909 | REF 12/17 DEP_5,100.00 - C/C 3,315.00 | 01-Nara Bank (Clos... | X | -900.00 |
| Check | 12/17/2009 | 17910 | REF 12/17 DEP_5,100.00 - C/C 3,315.00REF 12/17 DEP_5,100.00 - C/C 3,315.0... | 01-Nara Bank (Clos... | X | -885.00 |

asis

asis

## ICE VANILLA
## Register QuickReport
### August 25, 2009 through August 26, 2010

| Type | Date | Num | Memo | Account | Clr | Amount |
|------|------|-----|------|---------|-----|--------|
| Check | 12/18/2009 | 17925 | VOID: SHB#1178-1/5   REF T/R FROM HAMMI 5,000   NSF 1/4/10  1,000.00 | 01-Nara Bank (Clos... | X | 0.00 |
| Check | 12/18/2009 | 17926 | SHB#1178-2/5   REF T/R FROM HAMMI 5,000 | 01-Nara Bank (Clos... | X | -1,000.00 |
| Check | 12/18/2009 | 17927 | SHB#1178-3/5   REF T/R FROM HAMMI 5,000 | 01-Nara Bank (Clos... | X | -1,000.00 |
| Check | 12/18/2009 | 17928 | SHB#1178-4/5   REF T/R FROM HAMMI 5,000 | 01-Nara Bank (Clos... | X | -1,000.00 |
| Check | 12/18/2009 | 17929 | SHB#1178-5/5   REF T/R FROM HAMMI 5,000 | 01-Nara Bank (Clos... | X | -1,000.00 |
| Check | 12/24/2009 | 17978 | VOID:2,000.00  NSF 1-4-10 | 01-Nara Bank (Clos... | X | 0.00 |
| Check | 12/24/2009 | 17979 | VOID: 2,000.00  NSF 1-4-10 | 01-Nara Bank (Clos... | X | 0.00 |
| Check | 12/24/2009 | 17980 | | 01-Nara Bank (Clos... | X | -2,000.00 |
| Check | 1/6/2010 | 18000 | | 01-Nara Bank (Clos... | X | -1,000.00 |
| Check | 2/10/2010 | 18286 | 101 | 01-Nara Bank (Clos... | X | -500.00 |
| **Total Ji Y. Yoon** | | | | | | **-34,883.83** |
| **Ji Young Yoon** | | | | | | |
| Check | 3/10/2010 | 18530 | | 01-Nara Bank (Clos... | X | -10,000.00 |
| **Total Ji Young Yoon** | | | | | | **-10,000.00** |
| **TOTAL** | | | | | | **-103,883.83** |

## ICE VANILLA
## Register QuickReport
### All Transactions

| Type | Date | Num | Memo | Account | Clr | Amount |
|------|------|-----|------|---------|-----|--------|
| **Annabelle JH Lee** | | | | | | |
| Check | 5/5/2010 | 10238 | REF 9801-18097 | 02-Nara 2401 (Gen... | X | -1,800.00 |
| Check | 5/19/2010 | 1034... | Ref 10205 | 02-Nara 2401 (Gen... | X | -5,000.00 |
| Check | 5/21/2010 | 10355 | VOID: Ref 10341   2,700.00 NSF | 02-Nara 2401 (Gen... | X | 0.00 |
| Check | 5/21/2010 | 10356 | VOID: Ref 10341   2,300.00 NSF | 02-Nara 2401 (Gen... | X | 0.00 |
| Check | 6/7/2010 | 10445 | | 02-Nara 2401 (Gen... | X | -4,100.00 |
| Check | 6/14/2010 | 10496 | | 02-Nara 2401 (Gen... | X | -6,200.00 |
| **Total Annabelle JH Lee** | | | | | | -17,100.00 |
| | | | | | | |
| **Ji Y. Yoon** | | | | | | |
| Check | 4/8/2010 | 10104 | | 02-Nara 2401 (Gen... | X | -2,000.00 |
| Check | 4/19/2010 | 10141 | | 02-Nara 2401 (Gen... | X | -500.00 |
| Check | 4/27/2010 | 10189 | | 02-Nara 2401 (Gen... | X | -1,000.00 |
| Check | 4/30/2010 | 10230 | | 02-Nara 2401 (Gen... | X | -1,000.00 |
| Check | 5/6/2010 | 10239 | | 02-Nara 2401 (Gen... | X | -500.00 |
| Check | 5/12/2010 | 10295 | | 02-Nara 2401 (Gen... | X | -600.00 |
| Check | 6/3/2010 | 1041... | | 02-Nara 2401 (Gen... | X | -500.00 |
| Check | 6/4/2010 | 10436 | | 02-Nara 2401 (Gen... | X | -500.00 |
| **Total Ji Y. Yoon** | | | | | | -6,600.00 |
| | | | | | | |
| **Steve Yi** | | | | | | |
| Check | 5/27/2010 | 1037... | VOID: | 02-Nara 2401 (Gen... | X | 0.00 |
| Check | 6/7/2010 | 1044... | | 02-Nara 2401 (Gen... | X | -7,140.00 |
| **Total Steve Yi** | | | | | | -7,140.00 |
| | | | | | | |
| **TOTAL** | | | | | | -30,840.00 |

asis

None   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property Was Seized | Date of Seizure | Description and Value of Property |
| --- | --- | --- |
|  |  |  |

**5.       Repossessions, Foreclosures and Returns.**

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
| --- | --- | --- |
|  |  |  |

**6.       Assignments and Receiverships.**

None   a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
| --- | --- | --- |
|  |  |  |

None   b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within the **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court and Case Title and Number | Date of Order | Description and Value of Property |
| --- | --- | --- | --- |
|  |  |  |  |

**7.** **Gifts.**

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case
�NO  except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and
charitable contributions aggregating less than $100 per recipient. (Married debtors filing under Chapter 12 or Chapter 13
must include gifts or contributions of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship, if Any | Date of Gift | Description and Value of Gift |
|---|---|---|---|
| | | | |

**8.** **Losses.**

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of
☐NO  this case **or since the commencement of this case.** (Married debtors filing under Chapter 12 or Chapter 13 must include
losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| Description and Value Of Property | Description of Circumstances and, if Loss Was Covered in Whole or in Part by Insurance, Give Particulars | Date of Loss |
|---|---|---|
| | | |

**9.** **Payments Related to Debt Counseling or Bankruptcy.**

None  List all payments made or property transferred by or on behalf of debtor to any persons, including attorneys, for
☐  consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy
within **one year** immediately preceding the commencement of this case.

| Name and Address of Payee | Date of Payment, Name of Payor if Other Than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|
| **Shulman Hodges & Bastian LLP 26632 Towne Centre Drive, #300 Foothill Ranch, CA  92610** | **8/30/10 – payment made by Ecophill on behalf of the Debtor (Steve Yi, the Debtor's Secretary, is a principal of Ecophill).** | **$40,000.00** |
| | **9/8/10 – payment made by by Ecophill on behalf of the Debtor.** | **$1,039.00** |

**10.    Other Transfers.**

None    a.    List all other property other than property transferred in the ordinary course of the business or financial affairs of
■         the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement
          of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
          whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|
|  |  |  |

None    b.    List all property transferred by the debtor within **ten years** immediately preceding the commencement of
■         this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| Name of Trust or Other Device | Date(s) of Transfers | Amount of Money or Description and Value of Property or Debtor's Interest in Property |
|---|---|---|
|  |  |  |

**11.    Closed Financial Accounts**

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
☐      closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include
        checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held
        in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.
        (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held
        by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
        petition is not filed.)

| Name and Address of Institution | Type of Account, Last Four Digits of Account Number, and Amount of Final Balance | Amount and Date of Sale or Closing |
|---|---|---|
| **Nara Bank**<br>**1122 S. Wall Street**<br>**Los Angeles, CA  90015** | **Checking Account No.**<br>**XXXXXX9801** | **$0.00; closed 4/9/10** |
| **Hanmi Bank**<br>**726 E. 12th Street, Suite 211**<br>**Los Angeles, CA  90021** | **Checking Account No.**<br>**XXXXX5545** | **$0.00; closed 7/2010** |

**12.    Safe Deposit Boxes.**

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within
■    **one year** immediately preceding the commencement of this case.  (Married debtors filing under Chapter 12 or Chapter
13 must include information boxes or depositories of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| Name and Address of Bank or Other Depository | Names and Addresses of Those with Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if Any |
|---|---|---|---|
|  |  |  |  |

**13.    Setoffs.**

None    List all setoffs made by any creditor, including a bank, against a debt or a deposit of the debtor within **90 days** preceding
■    the commencement of this case.  (Married debtors filing under Chapter 12 or Chapter 13 must include information
concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
|---|---|---|
|  |  |  |

**14.    Property Held for Another Person**

None    List all property owned by another person that the debtor holds or controls.
❑

| Name and Address of Owner | Description and Value of Property | Location of Property |
|---|---|---|
| **Cha Cha Fabric<br>3480 S. Broadway<br>Los Angeles, CA  90007** | **Computers, desks, chairs, table, cutting machine** | **3480 S. Broadway<br>Los Angeles, CA  90007** |

**15.    Prior Address of Debtor**

None    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises
❑    which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is
filed, report also any separate address of either spouse.

| Address | Name Used | Dates of Occupancy |
|---|---|---|
| **1230 S. San Pedro Street<br>Los Angeles, CA  90015** | **Skylimit Apparel, Inc. dba Vanilla Ice** | **March 15, 2006 – April 2010** |

**16.**     **Spouses and Former Spouses**

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
■    California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former
spouse who resides or resided with the debtor in the community property state.

| Name and Address |
|---|
|  |

**17.**     **Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases
of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium,
including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or materials.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous
material, pollutant, or contaminant or similar term under an Environmental Law.

None    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit
■    that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental
unit, the date of the notice, and, if known, the Environmental Law

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|
|  |  |  |  |

None    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of
■    Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|
|  |  |  |  |

| None ■ | c. | List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|
|  |  |  |

## 18.    Nature, Location and Name of Business

| None ■ | a. | *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| Name | Last Four Digits of Soc. Sec. No./Complete EIN[1] or Other Taxpayer I.D. No. | Address | Nature of Business | Beginning and Ending Dates |
|---|---|---|---|---|
|  |  |  |  |  |

| None ■ | b. | Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

| Name | Address |
|---|---|
|  |  |

---

[1] If the debtor uses his/her Social Security Number as the taxpayer identification number (EIN), include only the last four digits.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more that 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19.    Books, Records, and Financial Statements

None    a.    List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this case kept or
☐            supervised the keeping of books of account and records of the debtor.

| Name and Address | Dates Services Rendered |
|---|---|
| **Kim Ki Ho**<br>**CCK, CPA**<br>**7002 Moody Street, Suite 207**<br>**La Palma, CA  90623** | **1/2004 – present** |

---

None    b.    List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have
☐            audited the books of account and records, or prepared a financial statement of the debtor.

| Name | Address | Dates Services Rendered |
|---|---|---|
| **Kim Ki Ho**<br>**CCK, CPA** | **7002 Moody Street, Suite 207**<br>**La Palma, CA  90623** | **1/2004 – present** |

---

None    c.    List all firms or individuals who at the time of commencement of this case were in possession of the
☐            books of account and records of the debtor. If any of the books of account and records are not
            available, explain.

| Name | Address |
|---|---|
| **Annabelle Lee** | **4273 Hampstead Road**<br>**La Canada, CA  91011** |

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐           financial statement was issued by the debtor within **two years** immediately preceding the commencement of this
            case.

| Name and Address | Date Issued |
|---|---|
| **New Commercial Capital<br>3530 Wilshire Blvd., Suite 380<br>Los Angeles, CA  90010** | **1/2010** |

## 20.    Inventories

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐           of each inventory, and the dollar amount and basis of each inventory.

| Date of Inventory | Inventory Supervisor | Dollar Amount of Inventory<br>(Specify cost, market, or other basis) |
|---|---|---|
| **8/25/10** | **Annabelle Lee** | **Fabric - $2,600.00** |

None    b.    List the name and address of the person having possession of the records of each of the two inventories reported in
☐           a., above.

| Date of Inventory | Name and Address of Custodian of Inventory Records |
|---|---|
| **8/25/10** | **Annabelle Lee<br>4273 Hampstead Road<br>La Canada, CA  91011** |

## 21.    Current Partners, Officers, Directors and Shareholders

None    a.    If the debtor is a partnership, list the nature and percentage of the partnership interest of each member of the
■           partnership.

| Name and Address | Nature of Interest | Percentage of Interest |
|---|---|---|
|  |  |  |

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or
☐           indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| Name and Address | Title | Nature and Percentage of Stock Ownership |
|---|---|---|
| **Annabelle Lee**<br>**4273 Hampstead Road**<br>**La Canada, CA  91011** | **President** | **40%** |
| **Steve Yi**<br>**2850 E. Vernon Avenue**<br>**Vernon, CA  90058** | **Secretary** | **60%** |

**22.    Former Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately
■           preceding the commencement of this case.

| Name | Address | Date of Withdrawal |
|---|---|---|
|  |  |  |

None    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within
■           **one year** immediately preceding the commencement of this case.

| Name and Address | Title | Date of Termination |
|---|---|---|
|  |  |  |

23.    **Withdrawals from a Partnership or Distribution by a Corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including
☐    compensation in any form, salary, bonuses, loans, stock redemptions, options exercised and any other perquisite during
**one year** immediately preceding the commencement of the this case.

| Name and Address of Recipient, Relationship to Debtor | Date and Purpose of Withdrawal | Amount of Money or Description and Value of Property |
|---|---|---|
| **Annabelle Lee 4273 Hampstead Road La Canada, CA 91011**  **Relationship: President** | **See attachment in response to item 3.c.**  **Salary for period 8/09 – 8/10** | **$59,000.00**  **$37,681.86** |
| **Steve Yi 2850 E. Vernon Avenue Vernon, CA 90058**  **Relationship: Secretary** | **See attachment in response to item 3.c.**  **Salary for period 8/09 – 8/10** | **$7,140.00**  **$5,440.06** |
| **Ji Young Yoon 4273 Hampstead Road La Canada, CA 91011**  **Relationship: Sister of Annabelle Lee** | **See attachment in response to item 3.c.** | **$44,883.83** |

24.    **Tax consolidation group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
■    consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately
preceding the commencement of this case.

| Name of Parent Corporation | Taxpayer Identification Number (EIN) |
|---|---|
|  |  |

25.    **Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which
■    the debtor, as an employer, has been responsible for contributing at any time within the **six years** immediately preceding
the commencement of this case.

| Name of Pension Fund | Taxpayer Identification Number |
|---|---|
|  |  |

•   •   •   •   •   •   •

*[If completed by an individual or individual and spouse]*

      I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____          Signature _____
                                                                     *Debtor*

Date _____          Signature _____
                                                                     *Joint Debtor (if any)*

---

*[If completed on behalf of a partnership or corporation]*

      I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   September 15, 2010                          Signature   /s/ Steve Yi

                                                    Steve Yi, Secretary
                                                  Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____   continuation sheets added

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
### (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1)  I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2)  I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Complete Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

_____          _____
*Signature of Bankruptcy Petition Preparer*                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document if the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.***

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | Case No.: |
| **SKYLIMIT APPAREL, INC. dba ICE VANILLA,** | Chapter **11** |
| Debtor. | |
| | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . .        **$41,039.00** [1]

Prior to the filing of this statement I have received . . . . . . . . . . .        **$41,039.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        **$0.00**

2.  The source of the compensation paid to me was:

    ❑    Debtor        ■    Other (specify)  **Ecophill – Steve Yi, shareholder and secretary of the Debtor is the owner of company**

3.  The source of compensation to be paid to me is:

    ❑    Debtor        ❑    Other (specify)

4.      ■        I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        ❑        I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.    Representation of Debtor in Chapter 11 bankruptcy proceeding

    e.    Other provisions: None.

---

[1]    This is the initial retainer amount.  Pursuant to the applicable Bankruptcy Code provisions, the Firm will file fee applications to request additional fees and expenses as incurred.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    a.        Representation of the debtor in adversary proceedings including, but not limited to, adversary proceedings concerning the debtor's discharge.

    b.        See the Employment Application.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **September 14, 2010**             **SHULMAN HODGES & BASTIAN LLP**

                                     */s/ Leonard M. Shulman*

                                       **Leonard M. Shulman**

# MASTER MAILING LIST

## VERIFICATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2(d)

**SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre, Suite 300
Foothill Ranch, California 92610-2808
Telephone:     (949) 340-3400
Facsimile:     (949) 340-3000

■     Attorney for Debtor
❑     Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| --- | --- |
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**SKYLIMIT APPAREL, INC. dba ICE VANILLA,**<br><br>Debtor. | Case No.<br>Chapter 11 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named Debtor(s), or Debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 13 sheet(s) is complete, correct and consistent with the Debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Dated: **September 15, 2010**          **SKYLIMIT APPAREL, INC. dba ICE VANILLA**

By:          */s/ Steve Yi*
          _____
          **Steve Yi**
          **Secretary**

**SHULMAN HODGES & BASTIAN LLP**

*/s/ Leonard M. Shulman*
_____
**Leonard M. Shulman**
**Attorneys for the Debtor and Debtor in Possession**

ACE AMERICA
2622 GERALDINE STREET
LOS ANGELES, CA  90011

ACE TRIMS
2143 BAY STREET
LOS ANGELES, CA  90021

AERE HAN
639 S STANFORD AVENUE #306
LOS ANGELES, CA  90021

ANNABELLE LEE
4273 HAMPSTEAD ROAD
LA CANADA, CA  91011

AT&T
SBC PAYMENT CENTER
SACRAMENTO, CA  95887-0001

ATEX CORPORATION
3333 S HILL STREET
LOS ANGELES, CA  90007

AZTECA LAUNDRY
NO ADDRESS AVAILABLE

BB ELASTIC
1710 E 21ST STREET
LOS ANGELES, CA  90058

BEIJING GARMENT
NO ADDRESS AVAILABLE


BESTCO FASHION BUTTONS INC
5434 E WASHINGTON BLVD
LOS ANGELES, CA  90040-2106


CALIF FRANCHISE TAX BOARD
ATTN BANKRUPTCY
PO BOX 2952
SACRAMENTO, CA  95812


CALLAWAY FASHION
122 E 12TH STREET
LOS ANGELES, CA  90014


CAPITAL ONE FSB
PO BOX 34631
SEATTLE, WA  98124-1631


CATARINA OXLAJ
NO ADDRESS AVAILABLE


CCK CPAS
7002 MOODY STREET #207
LA PALMA, CA  90623


CFT UNITED INC
722 E 62ND STREET
LOS ANGELES, CA  90001

CHA CHA FABRIC
3480 S BROADWAY
LOS ANGELES, CA  90007


CHERRY SECRET INC
1900 E DOREEN AVENUE
S EL MONTE, CA  91733


CHOICO ALARM
PO BOX 74040
LOS ANGELES, CA  90015


CIRCLE TEXTILE
1220 S MAPLE AVENUE #303
LOS ANGELES, CA  90015


CITY OF LOS ANGELES OFFICE OF FINANCE
PO BOX 53200
LOS ANGELES, CA  90053


CITY OF VERNON
4305 SANTA FE AVENUE
VERNON, CA  90058


COFFEE TREE USA DBA COFFEE TECH
1513 S VICTORIA AVENUE
LOS ANGELES, CA  90019


COLSON SERVICE CORP
101 BARCLAY STREET 8F EAST
NEW YORK, NY  10286

COPY STAR
1515 S MAPLE AVENUE #20
LOS ANGELES, CA  90015


DONGJIN ZIPPER & TRIM INC
3420 S BROADWAY
LOS ANGELES, CA  90007


DWP
PO BOX 30808
LOS ANGELES, CA  90030-0808


EASTERN TERMITE PEST CONTROL CO
2621 W OLYMPIC BLVD #200
LOS ANGELES, CA  90006


ECOPHILL
2850 E VERNON AVENUE
VERNON, CA  90058


EDI EXPRESS
PO BOX 2149
GARDENA, CA  90247-0149


EMPLOY DEVELOPMENT DEPT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO, CA  94280-0001


EOS LOGISTICS USA INC DBA SPEEDY
EXPRESS
4282 WILSHIRE BLVD #103
LOS ANGELES, CA  90010

FABCONX
3131 S ALAMEDA STREET
LOS ANGELES, CA  90058


GENERAL BUSINESS CREDIT/WINNERS
INTL
PO BOX 92024
LOS ANGELES, CA  90009


GUIDE TEX
1875 W REDONDO BEACH BLVD #307
GARDENA, CA  90247


HILL
2300 S HILL ST
LOS ANGELES, CA  90007


HYUN
3316 MAIN STREET 3RD FLOOR B
LOS ANGELES, CA  90007


IDAERO
1365 S BROADWAY ST
LOS ANGELES, CA  90015


IF GARMENT INC
3490 S BROADWAY
LOS ANGELES, CA  90007


INTEGRATED TEXTILE & DESIGN INC
1615 S GRAND AVENUE
LOS ANGELES, CA  90015

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA  19114


IVY TRIM INC
3027 S GRAND AVENUE
LOS ANGELES, CA  90007


JACOB SUPPLIES INC
2424 E 26TH STREET
VERNON, CA  90058


JC MODE
724 S SPRING STREET #400
LOS ANGELES, CA  90014


JEFFRE T LOWE ESQ
LOWE & BAIK
3600 WILSHIRE BLVD #300
LOS ANGELES, CA  90010


JI Y YOON
4273 HAMPSTEAD ROAD
LA CANADA, CA  91011


JOON W SONG ESQ
THE SONG LAW GROUP APLC
800 W 6TH STREET #1410
LOS ANGELES, CA  90017


JOON
NO ADDRESS AVAILABLE

KGS LABEL INC-KENNYGIS SERVICE
1620 E 25TH STREET
LOS ANGELES, CA  90011


L2G TRIM
1429 E 15TH STREET
LOS ANGELES, CA  90021


LABEL TEX
NO ADDRESS AVAILABLE


LOS ANGELES COUNTY TAX COLLECTOR
225 N HILL STREET
LOS ANGELES, CA  90012


MANSFIELD TEXTILES
2850 E VERNON AVENUE
VERNON, CA  90058


MATTHEW S NASSER ESQ
LAW OFFICE OF MATTHEW S NASSER
1218 S BOYLE AVENUE
LOS ANGELES, CA  90023


MEGAPATH
DEPT 0324
PO BOX 120324
DALLAS, TX  75312-0324


MOUSSA PEYKAR & GEORGE PEYKAR
HONG & MASHAL LLP
1875 CENTURY PARK EAST #600
LOS ANGELES, CA  90067-2507

MY TRIM INC
1920 VIOLET STREET #200
LOS ANGELES, CA  90021


NSS FABRIC INC
934 S WALL STREET
LOS ANGELES, CA  90015


NARA BANK
1122 S WALL STREET
LOS ANGELES, CA  90015


NARA BANK
WILSHIRE OFFICE
3600 WILSHIRE BLVD 100-A
LOS ANGELES, CA  90010


NARA BANK SBA DEPT
3731 WILSHIRE BLVD #400
LOS ANGELES, CA  90010


NEW COMMERCIAL CAPITAL INC
3530 WILSHIRE BLVD #380
LOS ANGELES, CA  90010-2344


NEXTRIM
1430 E WASHINGTON BLVD
LOS ANGELES, CA  90021


OXFORD INTERNATIONAL INC
825 E 14TH PLACE
LOS ANGELES, CA  90021


PJ FABRICS INC
PO BOX 556614
LOS ANGELES, CA  90055

POWER ACE INC
2702 S MAIN ST
LOS ANGELES, CA  90007


PRIME BUSINESS CREDIT/CELTEX TEXTILE
PO BOX 92745
LOS ANGELES, CA  90009


PRIME SUPPLY
769 KOHLER STREET
LOS ANGELES, CA  90021


RAINBOW SUBLIMATION INC
5877 COMPTON AVENUE
LOS ANGELES, CA  90001


REGENCY FABRICS
1016 E 14TH PLACE
LOS ANGELES, CA  90021


ROLLING INK
17302 YUKON AVENUE #54
TORRANCE, CA  90504


S CALVIN MYUNG ESQ
LAW OFFICES OF S CALVIN MYUNG
3600 WILSHIRE BLVD #1818
LOS ANGELES, CA  90010


SAM TEX FABRICS INC
1418 E 18TH STREET
LOS ANGELES, CA  90058

SEQUOIA WATER SERVICE INC
PO BOX 2003
PALOS VERDES PENINSULA, CA  90274


SHIN HWA TRADING
115 VENICE BLVD #C
LOS ANGELES, CA  90015


SKY USA
208 W 8TH STREET #1201
LOS ANGELES, CA  90014


SPEEDY TRIM
3716 S MAIN STREET
LOS ANGELES, CA  90007


STAR GRAPHIX
424 E 15TH STREET UNIT 3
LOS ANGELES, CA  90015


STAR INSURANCE COMPANY
PO BOX 31130
TAMPA, FL  33631-3130


STARLET
3449 SOUTH MAIN STREET
LOS ANGELES, CA  90021


STEVE YI
2850 E VERNON AVENUE
VERNON, CA  90058

STYLETEX
940 S HILL STREET SUITE E
LOS ANGELES, CA  90015


SUN LABEL
1543 W OLYMPIC BLVD #425
LOS ANGELES, CA  90015


THANK YOU TRIM
2231 S LONG BEACH AVENUE
LOS ANGELES, CA  90058


TMC DEVELOPMENT
ATTN CYNTHIA BASCO PORTFOLIO MGR
611 FRONT STREET
SAN FRANCISCO, CA  94111


TOTAL LABEL
807 E 12TH STREET #103
LOS ANGELES, CA  90021


TRAVELERS INSURANCE
CL REMITTANCE CENTER
HARTFORD, CT  06183-1008


TRIM DEPOT
3600 AVALON BLVD
LOS ANGELES, CA  90011


TYME APPAREL
1727 W PICO BLVD
LOS ANGELES, CA  90015

UNICOLORS INC
3251 E 26TH STREET
LOS ANGELES, CA  90058

UP DATE FABRIC
1400 NEWTON STREET
LOS ANGELES, CA  90021

UPS
PO BOX 894820
LOS ANGELES, CA  90189-4820

UPS SUPPLY CHAIN SOLUTIONS INC
28013 NETWORK PLACE
CHICAGO, IL  60673-1280

VOOM TRIM INC
1218 S BOYLE AVENUE
LOS ANGELES, CA  90023

WASTE MANAGEMENT
COMPTON HAULING
PO BOX 78251
PHOENIX, AZ  85062-8251

WOO RI
714 S HILL STREET
LOS ANGELES, CA  90014

WOONGJIN COWAY USA INC
695 S VERMONT AVENUE #110
LOS ANGELES, CA  90005

WRAG TIME
2315 NADEAU STREET
HUNTINGTON PARK, CA  90255


Y & J TEXTILE INC
3490 S BROADWAY
LOS ANGELES, CA  90007


Z LABEL
NO ADDRESS AVAILABLE